DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EPHRAIM JOE AGUIRRE, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00434 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. ) | ORDER |
| EPHRAIM JOE AGUIRRE, II, ) | Date: September 28, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for September 21, 2009 **may be continued to September 28, 2009 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

LAWRENCE G. BROWN
United States Attorney

DATED: September 16, 2009    By  /s/ David L. Gappa
                                 DAVID L. GAPPA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 16, 2009    By  /s/ Melody M. Walcott
                                 MELODY M. WALCOTT
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 EPHRAIM JOE AGUIRRE, II

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 17, 2009**           /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE