BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
  the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00434 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: REMAND FROM 9TH CIRCUIT |
| v. | |
| EPHRAIM JOSE AGUIRRE, II | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Melody Walcott, Attorney for Defendant EPHRAIM JOSE AGUIRRE, II that the Status Conference regarding remand from the Ninth Circuit currently set for December

////
////
////
////
///

1

```
 1  5, 2011, at 9:00 a.m. be continued to December 12, 2011, at 9:00
 2  a.m.
 3                                     Respectfully submitted,
 4  Dated: December 1, 2011            BENJAMIN B. WAGNER
                                       United States Attorney
 5
 6                                By:  /s/ Stanley A. Boone
                                       STANLEY A. BOONE
 7                                     Assistant U.S. Attorney
 8
 9  Dated: December 1, 2011       By:  Melody Walcott
                                        (as authorized on 12/01/11)
10                                     MELODY WALCOTT
                                       Attorney for Defendant
11                                     EPHRAIM JOSE AGUIRRE, II
12
```

### ORDER

   IT IS ORDERED that the hearing regarding restitution be continued from December 5, 2011, to December 12, 2011, at 9:00 a.m.


IT IS SO ORDERED.

Dated:     December 1, 2011       _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

2