BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
  the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00434 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: REMAND FROM 9TH CIRCUIT |
| v. | |
| EPHRAIM JOSE AGUIRRE, II | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Francine Zepeda, Attorney for Defendant EPHRAIM JOSE AGUIRRE, II that the Status Conference regarding remand from the Ninth Circuit currently set for January 17, 2012, at 9:00 a.m. be continued to February 27, 2012, at 10:00 a.m.

Respectfully submitted,

Dated: January 12, 2012         BENJAMIN B. WAGNER
                                United States Attorney


                                By: /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney

1

```
Dated: January 12, 2012        By:   Francine Zepeda
                                     (as authorized on 01/12/12)
                                     FRANCINE ZEPEDA
                                     Attorney for Defendant
                                     EPHRAIM JOSE AGUIRRE, II
```

**ORDER**

IT IS ORDERED that the hearing regarding restitution be continued from January 17, 2012, to February 27, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 13, 2012           _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

2