BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:08-CR-00434 AWI |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE RE: REMAND FROM |
| v. | ) 9TH CIRCUIT |
| | ) |
| EPHRAIM JOSE AGUIRRE, II | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Francine Zepeda, Attorney for Defendant EPHRAIM JOSE AGUIRRE, II that the Status Conference regarding remand from the Ninth Circuit currently set for February 27, 2012, at 10:00 a.m. be continued to April 16, 2012, at 10:00 a.m.

                                        Respectfully submitted,

Dated: February 14, 2012        BENJAMIN B. WAGNER
                                        United States Attorney

                                      By: /s/ Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney

1

1
2  Dated: February 14, 2012        By:   Francine Zepeda
                                         (as authorized on 02/14/12)
3                                        FRANCINE ZEPEDA
                                         Attorney for Defendant
4                                        EPHRAIM JOSE AGUIRRE, II
5
6                                 **ORDER**
7      IT IS ORDERED that the hearing regarding restitution be
8  continued from February 27, 2012, to April 16, 2012, at 10:00 a.m.
9  IT IS SO ORDERED.
10
11 Dated:     February 15, 2012                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28