BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California   93721
Telephone:  (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE   UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-CR-00434 AWI |
| Plaintiff, ) | STIPULATION RE: RESTITUTION and ORDER |
| v. ) | |
| EPHRAIM JOE AGUIRRE, II, ) | |
| Defendant. ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, for Plaintiff and Francine Zepeda, Assistant Federal Defender, for Defendant that the restitution imposed by the court and entered into the judgment dated April 2, 2010 in the amount of $6,000 should be removed from the judgment in light of the Ninth Circuit decision of United States v. Kennedy, 643 F.3d 1251 (2011), and as a result of the government's subsequent notice to victims and/or their representatives to

1

supplement any restitution amount consistent with the Kennedy decision.

IT IS FURTHER STIPULATED that an amended judgment be entered which reflects only that no restitution be imposed against this defendant.

THE PARTIES FURTHER STIPULATE and waive the right to have this matter heard at a sentencing hearing.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 19, 2012          By:  /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney


DATE: April 19, 2012           By:  /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Attorney for
                                    EPHRAIM JOE AGUIRRE, II

**ORDER**

IT IS SO ORDERED.

Dated:    April 19, 2012
                                    CHIEF UNITED STATES DISTRICT JUDGE